```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                 Civil No. 20-480 (DSD/ECW)
```

Paris Da'Jon Allen,

     Plaintiff,

v.                                                        **Order**

Christopher Boreland, Levi Rosendahl, Zach Gahm, Kelly Heifort, Marlana Baulk, Amanda Shinider, Craig Henderson, and Rachel F. Bond,

     Defendants.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright dated May 20, 2020.  No objections have been filed to the R&R in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 4] is adopted in its entirety; and

2. This action is dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 10, 2020

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court